No. 87–470. FORT WAYNE BOOKS, INC. *v.* INDIANA ET AL. Sup. Ct. Ind. [Certiorari granted, 485 U. S. 933]; and

No. 87–614. SAPPENFIELD ET AL. *v.* INDIANA. Ct. App. Ind. [Certiorari granted, 485 U. S. 933.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* in No. 87–470 granted. Motions of Spartacist League et al. and American Booksellers Association et al. for leave to file briefs as *amici curiae* granted.

No. 87–826. GOLDBERG ET AL. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.; and

No. 87–1101. GTE SPRINT COMMUNICATIONS CORP. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ill. [Probable jurisdiction noted, 484 U. S. 1057.] Motion of appellant GTE Sprint Communications Corp. for divided argument denied.

No. 87–996. COIT INDEPENDENCE JOINT VENTURE *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER OF FIRSTSOUTH, F. A. C. A. 5th Cir. [Certiorari granted, 485 U. S. 933.] Motion of Joseph M. Hudspeth for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied. Motion of United States League of Savings Institutions for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument is denied.

No. 87–1888. PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 3d Cir. Motion of petitioner to expedite consideration of the petition for certiorari denied.

No. 87–6827. IN RE DOWNS. Petition for writ of habeas corpus denied.

No. 86–1569. ALUMINUM COMPANY OF AMERICA *v.* SLIMAN ET UX. Sup. Ct. Idaho. Certiorari denied.